GEORGE H. ODELL, as Administrator, etc., Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 16590.) — Appeal dismissed, without costs, upon stipulation filed.

MARY COLLINS and Others, Respondents, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Appellant.— Motion granted and appeal dismissed.

GRANGER & COMPANY and EMPIRE PRODUCE COMPANY, Respondents, v. HARRY L. ALLEN, as Trustee, etc., and Others, Appellants.— Motion granted and appeal dismissed.

JOSEPH CAVAGNARO and Another, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

LEON FRUIT COMPANY, Respondent, v. CALIFORNIA FRUIT DISTRIBUTORS, INC., Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the Surplus Proceedings Arising from the Sale of Premises in an Action Entitled: MONROE COUNTY SAVINGS BANK v. CHARLES M. YEOMAN and Others.— Motion granted and appeal dismissed, with costs.

JOSEPH SAJDZKOWSKI and Another, Appellants, v. WINCENTA DAWIDAWICZ, Respondent.— Motion to dismiss appeal denied, upon condition that the appellants shall file and serve printed papers and printed briefs on appeal by February fifth and put the case on the calendar for the March term.

SOPHIE C. BROSEMER, Respondent, v. SOPHIA BROSEMER and Others, Appellants.— Motion granted and appeal dismissed.

WILLIAM C. EDDY, Respondent, v. ARTHUR J. IVES, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs and printed papers and pay to respondent's attorneys ten dollars by February twentieth and be ready for argument at the opening of the March term.

CHARLES GAGAS and Another, Respondents, v. JOSEPH JAMMAL, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and printed briefs and pay to respondent's attorneys ten dollars by February twentieth and be ready for argument at the opening of the March term.

In the Matter of Awarding Letters of Administration c. t. a. upon the Estate of ANDREW DAVIS, Deceased.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that the appellant is not a party aggrieved under the orders appealed from. (Surr. Ct. Act, §§ 223, 288.) All concur.

EDWARD HOBAICA, an Infant, by ABRAHAM HOBAICA, His Guardian ad Litem, Respondent, v. JAMES BYRNE, Appellant.— Judgment and order affirmed, with costs. All concur; Crouch, J., not sitting.

SYRACUSE SUPPLY COMPANY, Respondent, v. ROCHESTER MOTORS CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur.

LUIGI FERRANTI, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

LUCY ROSEBROCK, as Administratrix, etc., Appellant, v. TONAWANDA POWER COMPANY, Respondent, Impleaded with GENERAL ELECTRIC COMPANY.— Motion for leave to appeal to Court of Appeals granted.